[No. 20058–5–I.   Division One.   July 18, 1988.]

THE SEATTLE TIMES COMPANY, ET AL, *Appellants,* v. MARY L. RILEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–24866–8, Anthony P. Wartnik, J., entered February 10, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.

[Nos. 19499–2–I; 20113–1–I.   Division One.   July 18, 1988.]

*In the Matter of the Marriage of* BETTY DARLENE JONES, *Respondent, and* WAYNE RONALD JONES, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 82–3–02893–4, Stuart C. French, J., entered November 12, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Swanson, J.